AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_EASTERN_         DISTRICT OF     _Massachusetts_ _filed in open court 1/20/05_

**APPEARANCE**

Case Number: _05 - 10010 NMG_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_DAVID S. TAMAREN, for ARRAIGNMENT PURPOSES only_

I certify that I am admitted to practice in this court.

| | |
|---|---|
| _1/20/05_ | _[Signature]_ |
| Date | Signature |
| | _Jonathan D. Plaut_     #638394 |
| | Print Name        Bar Number |
| | _101 TREMONT ST #614_ |
| | Address |
| | _Boston_    _MA_     _02108_ |
| | City     State     Zip Code |
| | _617-451-3200_ / _617-451-3555_ |
| | Phone Number     Fax Number |