UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID TAMAREN )<br>) | CASE NO. 05-10010-NMG<br>Judge Gorton<br>Mag. Alexander |

## MOTION TO APPEAR PRO HAC VICE

The defendant respectfully moves that his attorney, Fred B McAlary, of the Bar of The Commonwealth of Massachusetts, be admitted to practice for the purposes of the above entitled matter only before the United Stares District Court of Massachusetts, *pro hac vice*.

Pursuant to L.R. 83.2(b), this appearance will be made in active association with Attorney William Gilmore, Esq., who is a member in good standing of the Bar of Massachusetts and admitted to practice before the United States District Court, District of Massachusetts.

Respectfully Submitted
By his Attorney,

Fred B McAlary BBO #326420
MCALARY & ASSOCIATES
10 Main Street • Suite L-9
Andover, MA 01810
978 / 749 - 0870

This Motion has been assented to by William Weinreb, Trial Attorney, United States Department of Justice.

Dated: April 11, 2003

4/11/05  [signature], M.J. Allowed

RECEIPT # 63395
AMOUNT $ 50.00

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID TAMAREN )<br>) | CASE NO. |

### AFFIDAVIT IN SUPPORT OF
### MOTION TO APPEAR PRO HAC VICE

Under oath, I depose and state the following:

1. My name is Frederick B. McAlary, Jr..

2. I am a member of the Bar of the Commonwealth of Massachusetts and have been since December, 1977.

3. I am a member in good standing in the above named Bar.

4. I belong to the Massachusetts Bar Association.

5. I was an Essex County Assistant District Attorney for twenty four years and now presently concentrate in criminal defense.

8. I am familiar with the rules that govern the Federal Court.

Wherefore, I respectfully request that my motion to be admitted to practice *pro hac vice* for the purposes of this case be allowed. Signed this 11th day of April, 2005, under penalty of perjury.

Frederick McAlary, Esq.

```
Mon Apr 11 11:05:14 2005

      UNITED STATES DISTRICT COURT
        BOSTON              MA

  Receipt No.   BO 65395
  Cashier       rabot

  Tender Type  CHECK

  Check Number: 1234

  Transaction Type   C

  Case No./Def No.  1:05-CV-2

  JØ Code    Div No.     Acct
   4635        1         508500

  Amount                 $  50.00

  MOTION FOR ADMISSION PRO HAC VICE/05-170
  TO APPEAR FRED MCCLEARY

  10 MAIN STREET, ANDOVER, MA 01810
```