UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID TAMAREN )  | CASE NO. 05-10010 NMG<br>ALEXANDER, T. |

## MOTION TO APPEAR
## PRO HAC VICE

The defendant respectfully moves that his attorney, John R. Valerio, of the Bar of The Commonwealth of Massachusetts, be admitted to practice for the purposes of the above entitled matter only before the United Stares District Court of Massachusetts, *pro hac vice*.

Pursuant to L.R. 83.2(b), this appearance will be made in active association with Attorney William Gilmore, Esq., who is a member in good standing of the Bar of Massachusetts and admitted to practice before the United States District Court, District of Massachusetts.

Respectfully Submitted
By his Attorney,

John R. Valerio BBO #555634
VALERIO & ASSOCIATES
10 Main Street • Suite L-9
Andover, MA 01810
978 / 749 - 3600

This Motion has been assented to by William Weinreb, Trial Attorney, United States Department of Justice.

Dated: April 11, 2003

RECEIPT # 63394
AMOUNT $ 50.00
DEPUTY CLK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CASE NO.
)
DAVID TAMAREN )
)

**AFFIDAVIT IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

Under oath, I depose and state the following:

1. My name is John R. Valerio.

2. I am a member of the Bar of the Commonwealth of Massachusetts and have been since December, 1989.

3. I am a member in good standing in the above named Bar.

4. I belong to the Association of Trial Lawyers of America, the Essex County Bar Association Advocates, and the Lawrence Bar Association.

5. I presently sit as a member of both the Standards and Steering Committees for the Essex County Bar Association Advocates, Inc.

6. I am a former Suffolk County Assistant District Attorney and now presently concentrate in criminal defense.

Wherefore, I respectfully request that my motion to be admitted to practice *pro hac vice* for the purposes of this case be allowed. Signed this 11th day of April, 2005, under penalty of perjury.

John R. Valerio, Esq.

```
Mon Apr 11 11:05:16 2005

    UNITED STATES DISTRICT COURT
    BOSTON            , MA

Receipt No.    321 53394
Cashier          jb001

Tender Type  CASH

Transaction Type   C

Case No./Def No.  1:05-CV-2    /  0

DO Code    Qty No      Acct
 9655       1         6A5577

Amount              $    50.00

MOTION FOR ADMISSION PRO HAC V(CE/ 05-10
010-NMG(LA)

JOHN VALERIO, 10 MAIN ST., ANDOVER, MA
/ PAID IN CASH
```