UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) DOCKET NO. 05-10010-NMG |
| | ) |
| DAVID S. TAMAREN | ) |
| | ) |

## NOTICE OF WITHDRAWAL

Please notice the withdrawal of Jonathan D. Plaut, Esq. as attorney for David S. Tamaren in this action. Successor counsel has already filed their notices of appearance.

Respectfully submitted,

Jonathan D. Plaut
BBO#: 638344
CHARDON LAW OFFICES
101 Tremont Street, Suite 614
Boston, Massachusetts 02108
Tel: (617) 451-3200
Fax: (617) 451-3555

Date: April 27th, 2005