UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05CR10010-003-NMG |
| | ) | |
| DAVID S. TAMAREN | ) | |
| Defendant. | ) | |

### SATISFACTION OF JUDGMENT OF DAVID S. TAMAREN

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and fine Judgment as to the defendant in the above-captioned matter, David S. Tamaren, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: February 7, 2007

### CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                           Boston, MA

I hereby certify that on February 7, 2007, this document was filed through the ECF system and sent to David S. Tamaren located in Marblehead, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney